**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SANDRA HARPER, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:14-CV-2647-M |
| v. | § | |
| | § | |
| THE CITY OF DALLAS, et al., | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Claims Against the City of Dallas. The Motion is GRANTED. In light of the jury verdict in favor of Defendant Brian Rowden, Plaintiffs' claims against the City of Dallas are dismissed with prejudice and all costs of court are taxed against Plaintiffs.

**SO ORDERED**.

August 30, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE